**USM-285 is a 5-part form. Fill the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ford Motor Company | 8-09-cv-2137-T30 / TBM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| O.E. Wheel Distributors, LLC, O.E. Racing, LLC and James E. Moore | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

As more fully detailed in the Seizure Order, Temporary Restraining Order, & Order for Expedited Discovery

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1916 72nd Avenue. East, Sarasota, Florida 34243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher T. Hill, Esquire / FBN 0868371
Steven R. Main, Esquire / FBN 0144551
Hill, Rugh, Keller & Main, P.L.
390 North Orange Avenue, Suite 1610
Orlando, Florida 32801

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

O.E. Wheel Distributors, LLC - 72nd Ave. E., Sarasota, Florida 34243
O.E. Racing, LLC - 1916 72nd Ave. E., Sarasota, Florida 34243

8 AM to 7 PM

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER (407) 926-7460

DATE 10/23/09

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date 10/26/09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
James E. Moore, Owner

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 10/28/09  Time 10:45 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | $500.00 | $0.00 |

REMARKS: 10/28/09 - initially served Lane Bullock, office Manager, @ 8 AM. Mr. Moore arrived @ 10:45 AM and served him.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|   |   |
|---|---|
| Ford Motor Company, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| OE Wheel Dist, OE Racing & James E. Moore | ) |
| *Defendant* | ) 8:09-CV-2137-T-30 TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  O.E. Racing, LLC
c/o James E. Moore as Registered Agent
1916 72nd Drive East
Sarasota, FL 34243

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Christopher T. Hill, Esquire
Hill, Rugh, Keller & Main, P.L.
390 North Orange Avenue, Suite 1610
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___OCT 2 0 2009___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* James E. Moore
was received by me on *(date)* 10/26/09 .

☒ I personally served the summons on the individual at *(place)* 1916 72nd Dr. E.
Sarasota, FL    on *(date)* 10/28/09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/09                                   _____
                                                        *Server's signature*

                                                 Michael McClung Clown
                                                        *Printed name and title*


                                                 _____
                                                        *Server's address*

Additional information regarding attempted service, etc: